IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 87-359 SC |
| Plaintiff, | ) ORDER SETTING BRIEFING |
| | ) SCHEDULE FOR DEFENDANT'S |
| v. | ) MOTION FOR JUDGMENT NUNC |
| | ) PRO TUNC |
| DENNIS CHAN LAI, | ) |
| Defendant. | ) |

On March 5, 2014 Defendant Dennis Chan Lai filed a motion for judgment nunc pro tunc. The Court hereby sets the briefing schedule on the motion as follows:

1) Plaintiff United States of America shall have 60 days from the date of this Order to file an Opposition Brief.
2) Defendant Lai shall have 45 days from the date of the Government's Opposition to file a Reply Brief.

The matter will be submitted to the court on the papers with no oral argument.

IT IS SO ORDERED.

Dated: April 3, 2014

_____
UNITED STATES DISTRICT JUDGE