**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )   Case No. 87-cr-00359-SC
                                             )
            Plaintiff,                       )   ORDER DENYING AS MOOT
                                             )   DEFENDANT'S MOTION FOR
      v.                                     )   EXTENSION OF TIME
                                             )
                                             )
DENNIS CHAN LAI,                             )
                                             )
            Defendant.                       )
                                             )
                                             )
                                             )
                                             )
                                             )
_____     )

      On August 13, the Court denied Defendant Dennis Chan Lai's
motion styled as a motion nunc pro tunc for new judgment.  ECF No.
775.  Mr. Lai now moves for an extension of time to file a motion
for leave to file a motion for reconsideration.  ECF No. 776
("Mot."); see Civ. L.R. 7-9(a).  Mr. Lai argues that he has been
unable to access the prison law library because the prison has been
on a 24-hour lockdown.  Mot. at 1.  The motion is unopposed.

      Mr. Lai apparently believes that Federal Rule of Civil
Procedure 59(e) applies, which requires that motions to alter or
amend a judgment be filed within 28 days of the entry of judgment.

**United States District Court**
For the Northern District of California

1  Were that Rule to apply here, Mr. Lai's 28 days would expire on

2  September 10.  However, the Court's denial of Mr. Lai's motion did

3  not constitute entry of judgment.  Therefore, his motion for leave

4  to file a motion for reconsideration is not a motion to alter or

5  amend a judgment, and Rule 59(e) does not apply.  Rather, Mr. Lai's

6  motion for leave to file a motion reconsideration would more

7  properly be construed as a motion under Rule 60(b), which permits

8  motions for relief from a final judgment, order, or proceeding.

9  Under Rule 60(c), a Rule 60(b) motion must be brought within a

10 reasonable time, and, if the motion is brought on certain grounds,

11 no more than a year after the order at issue.

12     Mr. Lai estimates that he needs until October 4, 2014 to file

13 his motion for leave to file a motion for reconsideration.  Because

14 no applicable deadline prevents him from filing his motion at that

15 time, Mr. Lai's motion for an extension of time is DENIED AS MOOT.

16

17     IT IS SO ORDERED.

18

19     Dated: September 8, 2014

20                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28